United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 6, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-51130
Summary Calendar

_____

IN THE MATTER OF:  ROBERT A. KUNZ,

Debtor.

CHRISTA C. LENK,

Appellant,

versus

ROBERT A. KUNZ,

Appellee.

On Appeal from the United States District Court
for the Western District of Texas, San Antonio
No. 5:05-CV-511

Before JONES, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit
Judges.

PER CURIAM:[*]

        Christa C. Lenk, Administratrix of the Estate of Ervin W.
Dryer, appeals the district court's dismissal of her latest appeal
as moot.  Lenk appealed the bankruptcy court's second sanctions
order for filing a motion to disqualify the debtor's attorney.  The
district court correctly concluded that Lenk's latest appeal, which

_____

        [*]        Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

raised issues that were decided in a prior appeal to the district court, followed by dismissal of her appeal to this court, was barred by the law of the case doctrine.  See <u>Alpha/Omega Ins. Servs., Inc. v. Prudential Ins. Co. of America</u>, 272 F.3d 276, 279 (5th Cir. 2001).

**AFFIRMED.**